# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERRATHERM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WOOD ENVIRONMENT & INFRASTRUCTURE SOLUTIONS, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:19-CV-02863-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 28th day of January, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:  s/ Jordyn Dobbins
          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 28, 2020
James N. Hatten
Clerk of Court

By:   s/ Jordyn Dobbins
          Deputy Clerk